**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Hugo PACHECO–BELLO, aka Hugo Flores, Valenzuela Silva, Defendant—Appellant.**

**No. 05–10337.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 28, 2006.

Michael S. Somsan, Esq., U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. MacPherson, Esq., The MacPherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

MEMORANDUM **

Hugo Pacheco–Bello appeals from the district court's order revoking his supervised release and imposing a 24–month term of imprisonment. Pacheco–Bello was originally convicted of illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

(1967), counsel for Pacheco–Bello has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.